Dismissed and Memorandum Opinion filed January 6, 2005









Dismissed and Memorandum Opinion filed January 6,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01167-CR

____________

 

ANN DEL
LANIER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
337th District Court

Harris County,
Texas

Trial Court Cause No. 1004430

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to felony theft.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on
October 21, 2004, to confinement for 230 days in the Harris County Jail.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 6, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.

Do Not Publish C Tex. R. App.
P. 47.2(b).